UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT LONDON
CASE NO. _____

***FILED ELECTRONICALLY***

ADAM HOLBROOK

And

BILL MARTIN as administrator of the
ESTATE OF JOSHUA HOLBROOK,
deceased                                                        PLAINTIFFS

v.                                  **NOTICE OF REMOVAL**

MAZDA MOTOR CORP., MAZDA
MOTOR OF AMERICA, INC., ASHIMORI
INDUSTRY COMPANY, LTD., DAICEL
CORPORATION, DAICEL SAFETY
SYSTEMS, INC., AND DAICEL SAFETY
SYSTEMS AMERICA, LLC                                    DEFENDANTS

* * * * *

Defendant, Mazda Motor of America, Inc. d/b/a Mazda North American Operations

("Mazda"), by counsel, states as follows in support of its removal of this action:

1.      There was an action commenced which is now pending in the Harlan Circuit

Court, Civil Action No. 17-CI-305, in which the above-named Adam Holbrook and Bill Martin

as Administrator of the Estate of Joshua Holbrook, deceased, are the Plaintiffs and Mazda Motor

Corp., Mazda Motor of America, Inc., Ashimori Industry Company, Ltd., Daicel Corporation,

Daicel Safety Systems, Inc., and Daicel Safety Systems America, LLC are the Defendants.  (See

Plaintiffs' Complaint, attached at Exhibit 1).

2.      Mazda Motor Corp. is now and was at the time of the commencement of this

action, and at all times pertinent hereto, a corporation organized and incorporated under the laws

1

of Japan with its principal place of business located in Japan.  For these reasons, Mazda Motor Corp. is now and was at the time of the commencement of this action, and at all times pertinent hereto, a citizen of Japan and not a citizen of Kentucky.  (See Affidavit of Counsel for Mazda, attached as Exhibit 2).

3.     Mazda Motor of America, Inc. d/b/a Mazda North American Operations is now and was at the time of the commencement of this action, and at all times pertinent hereto, a corporation organized and incorporated under the laws of California with its principal place of business located in California.  For these reasons, Mazda Motor of America, Inc. d/b/a Mazda North American Operations is now and was at the time of the commencement of this action, and at all times pertinent hereto, a citizen of the state of California and not a citizen of Kentucky. (See Affidavit of Counsel for Mazda, attached as Exhibit 2).

4.     Ashimori Industry Company, Ltd. is now and was at the time of the commencement of this action, and at all times pertinent hereto, organized under the laws of Japan with its principal place of business located in Japan.  For these reasons, Ashimori Industry Company, Ltd. is now and was at the time of the commencement of this action, and at all times pertinent hereto, a citizen of Japan and not a citizen of Kentucky.  (See Affidavit of Counsel for Mazda, attached as Exhibit 2).

5.     Daicel Corporation is now and was at the time of the commencement of this action, and at all times pertinent hereto, organized under the laws of Japan with its principal place of business located in Japan.  For these reasons, Daicel Corporation is now and was at the time of the commencement of this action, and at all times pertinent hereto, a citizen of Japan and not a citizen of Kentucky.  (See Affidavit of Counsel for Mazda, attached as Exhibit 2).

6.      Daicel Safety Systems, Inc. is now and was at the time of the commencement of this action, and at all times pertinent hereto, organized under the laws of Japan with its principal place of business located in Japan.  For these reasons, Daicel Safety Systems, Inc. is now and was at the time of the commencement of this action, and at all times pertinent hereto, a citizen of Japan and not a citizen of Kentucky.  (See Affidavit of Counsel for Mazda, attached as Exhibit 2).

7.      Daicel Safety Systems America, LLC is a limited liability company whose sole member is Daicel Safety Systems America Holding, Inc.  Daicel Safety Systems America Holding, Inc. is now and was at the time of the commencement of this action, and at all times pertinent hereto, a corporation organized and incorporated under the laws of Delaware with its principal place of business located in Arizona.  For these reasons, Daicel Safety Systems America, LLC is now and was at the time of the commencement of this action, and at all times pertinent hereto, a citizen of the states of Delaware and Arizona and not a citizen of Kentucky. (See Affidavit of Counsel for Mazda, attached as Exhibit 2).

8.      Plaintiffs Adam Holbrook and Bill Martin as Administrator of the Estate of Joshua Holbrook are now and were at the time of the commencement of this action, and at all times pertinent hereto, citizens and residents of the Commonwealth of Kentucky.  (See Plaintiffs' Complaint, attached as Exhibit 1).

9.      This is a product liability personal injury and wrongful death case.  In Plaintiffs' Complaint, Plaintiffs claim that Adam Holbrook was injured as a result of a motor vehicle accident.  (See Exhibit 1).  Plaintiffs also claim that Joshua Holbrook was injured as a result of a motor vehicle accident and, ultimately, died.  (See Exhibit 1).  As a result, Plaintiffs seek damages for wrongful death, "severe" personal injury, past and future pain and suffering, mental

3

anguish, emotional distress, past medical expenses, future medical expenses, loss of ability to earn income, past lost wages, punitive damages, and funeral and burial expenses.  Based on the foregoing, as well as other information, such as available medical records, medical bills, past wages information, and jury verdict research, Mazda has reason to believe that the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.  (See Affidavit of Counsel for Mazda, attached as Exhibit 2).

10.     This action involves a controversy between citizens of different states, as the Plaintiffs are residents and citizens of Kentucky, while Defendants are residents of Japan, Delaware, California and Arizona.  The United States District Court is given original jurisdiction in a case in which the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs, and is between citizens of different states.  28 U.S.C. § 1332; 28 U.S.C. § 1446.

11.     This Notice is filed within thirty (30) days of service of the Complaint on Mazda Motor of America, Inc. d/b/a Mazda North American Operations.[1]  Notice of removal is, therefore, timely filed pursuant to 28 U.S.C. § 1446(b).

12.     Defendants, Mazda Motor Corp., Ashimori Industry Company, Ltd., Daicel Corporation, Daicel Safety Systems, Inc., and Daicel Safety Systems America, LLC consent to this removal.  (See Notice of Consent to Removal, attached as Exhibit 3).

13.     Copies of all process, pleadings and orders served on Mazda as of the date of the filing of this Notice of Removal are attached hereto as Exhibit 4.

14.     Written notice of the filing of this notice of removal and exhibits hereto were served upon Plaintiffs' counsel via U.S. Mail on September 8, 2017.

---

[1] Mazda Motor of America, Inc. d/b/a Mazda North American Operations was the earliest served of all the Defendants.

WHEREFORE, Defendant, Mazda Motor of America, Inc. d/b/a Mazda North American Operations prays that it may effect the removal of this action from the Harlan Circuit Court to this Court and for all other appropriate procedures.

Respectfully submitted,

/s/ Christopher R. Cashen

_____

CHRISTOPHER R. CASHEN
CHRISTOPHER L. JACKSON
Dinsmore & Shohl LLP
250 West Main Street, Suite 1400
Lexington, KY 40507
Telephone:  (859) 425-1000
Facsimile:  (859) 425-1099
*Counsel for Mazda Motor of America, Inc.*
*d/b/a Mazda North American Operations*

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of September, 2017, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Matthew B. Demarcus
Walnitzek, Rowekamp & Demarcus, P.S.C.
502 Greenup Street
Covington, Kentucky 41011
Telephone: 859-491-4444
Email: mdemarcus@wrdattorneys.com
*Counsel for Plaintiffs*

Ashley W. Ward
Marshall R. Hixon
Stites and Harbison PLLC
250 West Main Street
Suite 2300
Lexington, Kentucky  40507-1758
Email: award@stites.com
Email: mhixson@stites.com
*Counsel for Daicel Corporation, Daicel
Safety Systems, Inc., and Daicel Safety
Systems America, LLC*

/s/ Christopher R. Cashen

_____

*Counsel for Mazda Motor of America, Inc.
d/b/a Mazda North American Operations*